FILED
Feb 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS MACIEL-GARCIA,<br><br>　　　　　Defendant. | CASE NO. 1:25-MJ-00016-BAM<br><br>**ORDER UNSEALING INDICTMENT AS TO DEFENDANT CARLOS MACIEL-GARCIA** |

　　The United States, having arrested the defendant, Carlos Maciel-Garcia, on an arrest warrant and the need for unsealing the indictment as to defendant Maciel-Garcia, Patricia Osorio, and Reynaldo Solarzano only has ceased;

　　IT IS ORDERED that the indictment and arrest warrant shall be unsealed as to defendants Maciel-Garcia, Patricia Osorio, and Reynaldo Solarzano only.

Dated: 2/28/25

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION　　　　　　　　　　　1