MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MACIEL-GARCIA,<br><br>Defendant. | CASE NO. 1:25-MJ-000016-BAM<br><br>**STIPULATION TO ADVANCE IDENTITY HEARING; AND ORDER** |

The parties stipulate as follows:

1. A grand jury in the Southern District of California indicted Carlos Maciel-Garcia and three others on June 21, 2024, charging him with conspiracy to distribute methamphetamine and money laundering, in violation of 21 U.S.C. §§ 846 and 841 and 18 U.S.C. § 1956.

2. The defendant was arrested on February 27, 2025, in the Eastern District of California and had his initial appearance in Court the following day. At the hearing, the defendant invoked his right to an identity hearing and this Court set it on Thursday, March 6, 2025.

///

///

///

1

3. Now, the parties have met and conferred and agree to advance the identity hearing to Wednesday March 5, 2025, at 2:00 pm.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 3, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | */s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| | HEATHER WILLIAMS<br>Federal Defender |
| Dated: March 3, 2025 | */s/ Laura Myers*<br>Laura Myers<br>Office Of The Federal Defender<br>Counsel for CARLOS MACIEL-GARCIA |

## **ORDER**

The Court has read and considered the parties' stipulation to advance the identity hearing. Therefore:

1. The identity hearing set for March 6, 2025, is advanced to **March 5, 2025, at 2:00 pm before U.S. Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **March 3, 2025**              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE